IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. 07-2732 lmj13 |
| | ) | |
| JOHN WILFORD | ) | MOTION TO MODIFY CHAPTER 13 PLAN |
| BEVERLY WILFORD | ) | AFTER CONFIRMATION |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

---

COME NOW John and Beverly Wilford by counsel Penelope Souhrada, and for their Motion to Modify Chapter 13 Plan After Confirmation, state:

1. The Debtors' Chapter 13 Plan was confirmed in October 2007. The plan provides that, in addition to the Chapter 13 monthly payments, all tax refunds shall be turned over to the Chapter 13 Trustee.

2. The Debtors filed their Chapter 13 petition in an effort to save their home from foreclosure. The home is now badly in need of repairs to the roof and gutters. The leaking roof is damaging the interior of the house. Photos of the roof and gutters have been provided to the Trustee.

3. The Debtors have received a total of $3,308.05 in refunds from their 2007 state and federal tax returns.

4. An estimate for the needed repairs is attached. The estimated cost of the repairs is $2,901.50.

5. The Debtors seek permission from the Court to modify their Chapter 13 plan to permit them to use their 2007 refund to pay the cost of the needed roof and gutter repairs.

WHEREFORE, the Debtors respectfully request that the Court enter an order permitting them to modify their Chapter 13 plan to allow them to use the 2007 refund to pay the cost of the roof and gutter repairs, and for such other and further relief as the Court deems appropriate.

JOHN WILFORD
BEVERLY WILFORD

By:

/s/Penelope C. Souhrada
Penelope C. Souhrada
IS 9999795
Attorney for Debtors
617 Brady St. Suite 1
Davenport, IA 52803
563-322–0455
563-884-4848 (fax)
psouhrada@gmail.com

CERTIFICATE OF SERVICE

In accordance with Rule 7004 of the Federal Bankruptcy Rules, the undersigned hereby certifies that the Motion to Incur Secured Debt was served upon the individuals set forth below either electronically or by placing a copy thereof addressed to said individuals in the United States Mail, first class mail prepaid, on the 24th day of March, 2008.

/s/ Penelope C. Souhrada
Penelope C. Souhrada

United States Trustee
210 Walnut St. Suite 793
Des Moines, IA 50309

Albert C. Warford
505 5th Ave. Suite 520
Des Moines, IA 50309

# F & S GUTTER SERVICE

829 East 36th Street   Davenport, Iowa   52807-1612

Phone: 563-391-5208   Fax: 563-388-7464

Date: 16 Apr. '08

Phone: 563-    -
Fax:    563-000-0000

Send To:  Jon Wilford
          2219 Eastern Ave.
          Davenport, Iowa  52803

Work Quotation for Job Site: Same

Installation of 6" Seamless Aluminum Gutter and 4" Aluminum Downspouts on the house, for the sum of $672.00.

Removal of old roofing material and Installation of Aluminum Soffit and Fascia Material and new Shingles on the south side of the house, for the sum $2229.50.

Price quote includes the pick-up and haul-away of all old material removed. (Note: This is a courtesy we provide to everyone, whether existing or new construction.)

All of the work to be completed in substantial and workmanlike manner. Payment to be made when work is completed.

Any alterations or deviations from the above specifications involving extra cost of material or labor will only be executed upon written orders for the same and will become an extra charge over the sum mentioned above.

## ACCEPTANCE

You are authorized to furnish all materials and labor required to complete the work mentioned in the above proposal for which I/We agree to pay the amount mentioned in said proposal.

_____

If accepted, please return one signed copy.  Thank You!